UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-62689-CIV-BLOOM/VALLE

RANDOLPH TIMOTHY JOHNSON,

        *Plaintiff,*

vs.

SOUTHERN FLORIDA PAVING GROUP, LLC
D/B/A CHARLIE FRYMYER PAVING,
TRIDENT TRUCKING, LLC, FRANK A. BOU,
LUIS SANCHEZ, DAVID BOU

        *Defendants,*

_____/

## MEDIATION SETTLEMENT AGREEMENT

As a complete and final settlement of the subject matter, entered between Randolph Timothy Johnson ("Plaintiff") and Southern Florida Paving Group, LLC d/b/a Charlie Frymyer Paving, Trident Trucking, LLC, Frank A. Bou, Luis Sanchez and David Bou ("Defendants") on this 24th day of October 2019, the parties mutually agree to resolve this matter, as follows:

Defendants agree to pay Plaintiff, exclusive of fees and costs a total of Seven Hundred Dollars and No Cents ($700.00) and additionally agree to pay Plaintiff's counsel his costs of $900 within 10 calendar days from Court approval of this settlement agreement and dismissal of this lawsuit with prejudice. The Payment of Seven Hundred Dollars and No Cents ($700.00) shall be issued to "Randolph Timothy Johnson" and the payment of $900 for costs shall be issued to "Koz Law P.A." All payments shall be timely delivered to Elliot Ari Kozolchyk, Esq., Koz Law, P.A., 320 S.E. 9th Street, Fort Lauderdale, FL 33316. Regarding the timing of payments, "time is of the essence." Additionally, Defendants agree to pay Plaintiff's attorney's fees as determined by the Court within 10 days of the Court's determination.

Defendants shall be responsible for Plaintiff's portion of the mediation fee.

Additionally, the parties agree to the following: (1) Mutual General Release;  (2) Neutral Reference; (3) Mutual Non-Disparagement; (4) Non-Admission of Liability; (5) No Re-Hire; and (6) Prevailing party in defending or enforcing this agreement shall be entitled to their reasonable attorney's fees and costs

Plaintiff's counsel shall supply Defendants' counsel with a signed W-9 form for Plaintiff's counsel and for Plaintiff. The parties shall seek the Court's reservation of jurisdiction to enforce the terms of the settlement and shall condition their dismissal with prejudice on the Court's reservation of jurisdiction to enforce the terms of the settlement. Except as stated above, each party agrees to bear their respective attorney's fees and costs.

1 of 2

_____
Randolph Timothy Johnson

_____
Southern Florida Paving Group, LLC

_____
Trident Trucking, LLC

_____
Frank A. Bou

_____
Luis Sanchez

_____
David Bou

_10-24-19_
DATE

Half of the amount Plaintiff is receiving ($350) represents unpaid overtime wages and the other half ($350) represents liquidated damages.

_____   _____   _____   _____   _____   _____
RTJ        SFPGLLC    TTLLC      FAB         LS          DB