UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-62689-BLOOM/Valle

RANDOLPH TIMOTHY JOHNSON,

    Plaintiff,

v.

SOUTHERN FLORIDA PAVING
GROUP, LLC, *doing business as*
Charlie Frymyer Paving, TRIDENT
TRUCKING, LLC, FRANK A. BOU,
LUIS SANCHEZ, and DAVID BOU,

    Defendants.
_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** is before the Court upon Renewed Motion for Approval of Parties' Settlement and Dismissal with Prejudice, ECF No. [46] ("Motion"), filed on December 7, 2019. Upon review of the record and the parties' documented basis for a settlement of the FLSA case, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Motion, **ECF No. [46]**, is **GRANTED**.

    2.    The Mediation Settlement Agreement, ECF No. [46-1] ("Settlement Agreement"), which has been duly filed as a record of the Court, is **APPROVED** in its entirety.

    3.    This case is **DISMISSED WITH PREJUDICE**, and all pending motions are **DENIED AS MOOT**.

    4.    The Court retains jurisdiction to enforce the terms of the Settlement Agreement and enter further appropriate orders.

Case No. 16-cv-62689-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 9, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record